UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


UNITED STATES OF AMERICA,

               Plaintiff,

               HONORABLE PAUL L. MALONEY

v.

               Case No. 1:09-cr-241

JEFFREY SCOTT CROSS,

               Defendant.

_____/


## ORDER GRANTING ENDS OF JUSTICE CONTINUANCE

Before the Court is the Defendant's motion for ends of justice continuance of the final

pretrial presently scheduled for January 19, 2010 and trial scheduled for January 26, 2010. The

basis of the Defendant's motion is that additional time is needed for a computer expert to assist

defendant in review of the evidence in this case in order to prepare for trial or explore other

possible resolution to this case. The government does not oppose the motion.

The Court finds that the ends of justice served by the granting of a continuance outweighs

the best interest of the public and the defendant in a speedy trial.

NOW THEREFORE, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), an ends of justice

continuance is hereby entered. The final pretrial conference is rescheduled to **March 15, 2010 at**

**9:30 a.m.** Jury trial is rescheduled to **March 23, 2010 at 8:45 a.m.**


Dated: January 13, 2010                    /s/ Paul L. Maloney
                                            Paul L. Maloney
                                            Chief United States District Judge